

# Newman Williams, P.C.
### ATTORNEYS AT LAW
A Professional Corporation

P. O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

April 18, 2023

L'Oréal USA
10 Hudson Yards
New York, New York 10001

Garnier
10 Hudson Yards
New York, New York 10001

Care Arcadia Beauty Labs, LLC.
9975 Moya Boulevard
Reno, Nevada 89506

**RE: Elizabeth Knoell v. L'Oreal USA et al.
(Monroe County No. 6685 cv 2021)**

To Whom it May Concern:

Under cover of this letter please find a copy of a filed Complaint in the above referenced matter. Should you have any questions please feel free contact me.

Very truly yours,

Robert J. Kidwell, Esquire

RJK: nt
**Enclosure**

cc: *client via e-mail*

**NEWMAN WILLIAMS, P.C.**
A PROFESSIONAL CORPORATION

BY: ROBERT J. KIDWELL, ESQUIRE
IDENTIFICATION NO.: 206555
LAW OFFICES
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511
(570) 421-9090 (voice)
(570) 424-9739 (fax)
rkidwell@newmanwilliams.com (email)

ATTORNEY FOR: Plaintiff, Elizabeth Knoell

IN THE COURT OF COMMON PLEAS OF MONROE COUNTY
FORTY-THIRD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH KNOELL, | NO. 6685-CV-2021 |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| L'ORÉAL USA, GARNIER, SALON CARE ARCADIA BEAUTY LABS, LLC., and "ABC CORPORATION", A FICTITIOUS NAME TO BE MADE SPECIFIC DURING DISCOVERY, | |
| Defendants. | |

**NOTICE**

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Notice and Complaint are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in this Notice or Complaint or for any other claim or relief requested by the Plaintiff(s). You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET HELP.

Monroe County Bar Association
Lawyer Referral Service
913 Main Street, P.O. Box 786
Stroudsburg, PA 18360
Telephone: (570) 424-7288

**NEWMAN WILLIAMS, P.C.**
A PROFESSIONAL CORPORATION

BY: ROBERT J. KIDWELL, ESQUIRE
IDENTIFICATION NO.: 206555
LAW OFFICES
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511
(570) 421-9090 (voice)
(570) 424-9739 (fax)
rkidwell@newmanwilliams.com (email)

ATTORNEY FOR: Plaintiff, Elizabeth Knoell

IN THE COURT OF COMMON PLEAS OF MONROE COUNTY
FORTY-THIRD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH KNOELL, | NO. 6685-CV-2021 |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| L'ORÉAL USA, GARNIER, SALON CARE ARCADIA BEAUTY LABS, LLC., and "ABC CORPORATION", A FICTITIOUS NAME TO BE MADE SPECIFIC DURING DISCOVERY | |
| Defendants. | |

**COMPLAINT**

AND NOW comes the Plaintiff, Elizabeth Knoell, by and through her attorneys, Newman Williams, P.C., and files this Complaint, and for cause of action avers as follows:

***Parties***

1. Plaintiff, Elizabeth Knoell, is an adult individual with an address at 224 E. Clark Street Unit A. Pinewood, SC 29125.

2. Defendant, L'Oréal USA, has a business address at 10 Hudson Yards, New York, New York 10001.

3. Defendant, Garnier, has a business address at 10 Hudson Yards, New York, New York 10001.

4. Defendant, Salon Care Arcadia Beauty Labs, LLC., has a business address at 9975 Moya Boulevard, Reno, Nevada 89506.

5. Plaintiff does not know the true name of Defendant(s) ABC Corporation, inclusive, and therefore, sue it by this Fictitious name. Plaintiff is informed and believes, and on the basis of that information and belief alleges that this Defendant(s) was in some manner negligently and proximately responsible for the events and happenings alleged in this Complaint and for the Plaintiff, Elizabeth Knoell's injuries and damages.

6. The events described in this Complaint occurred in Monroe County, Pennsylvania.

## *Factual Background*

7. On or about November 27, 2019, Plaintiff, Elizabeth Knoell, used previously purchased Salon Care Professional Volume Crème, Salon Care Professional Quick White Powder Lightener and Garnier Licorice 10 Black hair color to dye her hair at home.

8. After completing the process, she felt some burning on her scalp.

9. The burning pain increased. Two days later she found a wound on the back of her head.

10. As a result of the painful wound, Plaintiff presented to Lehigh Valley Pocono Emergency room, where she was diagnosed with a chemical burn.

11. Continued pain caused her to seek additional treatment a couple of days later at St. Luke's Emergency room before returning to Lehigh Valley Pocono Emergency room.

12. Plaintiff's family physician Dr. Spence referred her to dermatologist, Dr.

Westheim, who diagnosed her 2nd degree burn.

13. As a result of the use of the afore stated products, Ms. Knoell has and will continue to have pain and discomfort of her head when performing the most basic task of everyday living, brushing her hair, washing her hair, styling her hair, and laying her head on a pillow, in addition to bald spots on her head, which she believes will be permanent.

## COUNT I

## NEGLIGENCE PER SE

### PLAINTIFF, ELIZABETH KNOELL vs. ALL DEFENDANTS

14. Knoell incorporates by reference all previous paragraphs of the Complaint as if fully set forth herein.

15. At all times relevant to this action, Defendants had a duty to exercise reasonable care, and to comply with the existing standards of care, in their preparation, design, research, development, manufacture, inspection, labeling, marketing, promotion and sale of the haircare products which Defendants introduced into the stream of commerce, including a duty to ensure that users would not suffer from unreasonable, dangerous or untoward adverse side effects.

16. At all times relevant to this action, Defendants had a duty to warn consumers of the risks, dangers and adverse side effects on their hair products.

17. At all times relevant to this action, Defendants knew or reasonably should have known that these haircare products could be unreasonably dangerous when used as directed, including but not limited to the following particulars:

    1. Commonly used hair products likely to be used together were harmful to consumers.

2. The products had not been tested adequately for safety of potential at home uses.

18. The product uses alleged above were a substantial contributing cause of the injuries and damages suffered by the Plaintiff.

19. The injuries and damages suffered by the Plaintiff were the results of the Defendants' negligence.

20. As a direct and proximate cause of the Defendants' negligence, Plaintiff suffered permanent loss of hair and severe pain. In addition, Plaintiff has suffered mental distress and anguish.

WHEREFORE, Plaintiff, Elizabeth Knoell, demands judgement against Defendants in an amount in excess of Fifty Thousand ($50,000) dollars, exclusive of interest and costs and in excess of any jurisdictional amount requiring compulsory arbitration.

## COUNT II

### STRICT PRODUCTS LIABILITY AND FAILURE TO WARN

### PLAINTIFF, ELIZABETH KNOELL vs. ALL DEFENDANTS

21. Knoell incorporates by reference all previous paragraphs of the Complaint as if fully set forth herein.

22. Plaintiff is in the class of persons that the Defendants should reasonably foresee as being subject to the harm caused by their products insofar as Plaintiff, Elizabeth Knoell was the type of person for whom the hair products were intended to be used.

23. The hair products manufactured by Defendants were unreasonably dangerous beyond the extent contemplated by ordinary consumers with ordinary knowledge regarding these products.

24. Defendants' products were defective due to inadequate warning or instruction, after Defendants knew or should have known the severity of risk of injury from their products.

25. The defective warnings and labeling on the products were substantial factors in bringing about injuries to Plaintiff.

26. The product defects alleged above were a substantial contributing cause of the injuries suffered by Plaintiff.

27. As a direct and proximate cause of the Defendants' negligence, Plaintiff suffered permanent loss of hair and severe pain. In addition, Plaintiff has suffered mental distress and anguish.

WHEREFORE, Plaintiff, Elizabeth Knoell, demands judgement against Defendants in an amount in excess of Fifty Thousand ($50,000) dollars, exclusive of interest and costs and in excess of any jurisdictional amount requiring compulsory arbitration.

Respectfully submitted,

**NEWMAN WILLIAMS, P.C.**

By: _____
Robert J. Kidwell, Esquire
Attorney ID #206555
Attorney for Plaintiff

Date: 4/17/2023

## **VERIFICATION**

I, Elizabeth Knoell, verify that the statements made in the foregoing document are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Date: 4/17/2023

By: *Elizabeth Knoell*
ELIZABETH KNOELL

## **CERTIFICATE OF SERVICE**

I hereby certify that I served on the date indicated below, the foregoing document upon Defendant's Counsel as follows:

L'Oréal USA,
10 Hudson Yards, New York,
New York 10001.

Garnier
10 Hudson Yards,
New York, New York 10001.

Salon Care Arcadia Beauty Labs, LLC
9975 Moya Boulevard,
Reno, Nevada 89506

**NEWMAN WILLIAMS, P.C.**

By: _____

Robert J. Kidwell, Esquire

Attorney for Plaintiff

Date: 4/17/23

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Robert J. Kidwell, Esq.

Signature: *[signature]*

Name: Robert J. Kidwell, Esq.

Attorney No. (if applicable): 206555

Rev. 12/2017

**NEWMAN WILLIAMS, P.C.**
A PROFESSIONAL CORPORATION

BY: ROBERT J. KIDWELL, ESQUIRE
IDENTIFICATION NO.: 206555
LAW OFFICES
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511
(570) 421-9090 (voice)
(570) 424-9739 (fax)
rkidwell@newmanwilliams.com (email)

ATTORNEY FOR: Plaintiff, Elizabeth Knoell

IN THE COURT OF COMMON PLEAS OF MONROE COUNTY
FORTY-THIRD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

| ELIZABETH KNOELL, | : | NO. 6685-CV-2021 |
|---|---|---|
| Plaintiff, | : | |
| v. | : | JURY TRIAL DEMANDED |
| L'ORÉAL USA, GARNIER, SALON CARE ARCADIA BEAUTY LABS, LLC., and "ABC CORPORATION", A FICTITIOUS NAME TO BE MADE SPECIFIC DURING DISCOVERY, | : | |
| Defendants. | : | |

**NOTICE**

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Notice and Complaint are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in this Notice or Complaint or for any other claim or relief requested by the Plaintiff(s). You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET HELP.

Monroe County Bar Association
Lawyer Referral Service
913 Main Street, P.O. Box 786
Stroudsburg, PA 18360
Telephone: (570) 424-7288