IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH KNOELL, | : | CIVIL NO. 3:23-CV-0815 |
| Plaintiff | : | Magistrate Judge Saporito |
| v. | : | |
| L'OREAL USA, et al., | : | |
| Defendants | : | |

*FILED WILKES BARRE JUN 09 2023 PER MG DEPUTY CLERK*

## ORDER

AND NOW, this 9th day of June, 2023, IT IS HEREBY ORDERED THAT:

1. A telephonic joint case management conference shall be conducted in the above-captioned action on **June 21, 2023, at 10:30 a.m.**

2. Counsel shall utilize the following information to access the conference:

   **Toll-Free Number: (888) 251-2909**
   **Access Code: 2052706**

3. Prior to the conference, counsel shall confer for the purpose of completing the attached scheduling order. The completed order shall be FAXED to telephone number 570-821-4009.

4.     The completed order must be received by the undersigned at least three (3) business days prior to the date of the conference.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
**United States Magistrate Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH KNOELL, | : | CIVIL NO. 3:23-CV-0815 |
| Plaintiff | : | Magistrate Judge Saporito |
| v. | : | |
| L'OREAL USA, et al., | : | |
| Defendants | : | |

## SCHEDULING ORDER

AND NOW, this ____ day of June, 2023, following the case management conference held on this date, **IT IS HEREBY ORDERED THAT** the following case management deadlines are established in the above-captioned action:

1. **Joinder of Parties.** Any joinder of parties shall be accomplished by _____.

2. **Amendments.** Amendments to the pleadings shall be filed by _____. Said amendment shall be accompanied by either motion or written consent by adverse party, as required by Rule 15(a), Fed.R.Civ.P.

3. **Discovery**. All discovery shall be completed by

_____.

4. **Expert Reports**. Reports of Plaintiff's retained experts shall be produced by _____. Reports of Defendants' retained experts shall be produced by _____. Supplementations shall be due _____.

Counsel are reminded that discovery disputes will be handled as follows: In the first instance, counsel should discuss, in good faith, an equitable resolution of their discovery disagreements. If this good faith discussion is unsuccessful, <u>counsel shall place on the docket</u> a letter describing the nature of the discovery dispute, and the Court shall promptly schedule a conference call among all parties to discuss and resolve the dispute. If, after the conference call, the Court believes the issues need briefing by the parties, it will set down an appropriate briefing schedule. No written discovery motions are to be filed without leave of Court, and even then only following the above-noted procedure.

5. **Dispositive Motions**. All case dispositive motions shall be filed by _____.

6. **Final Pretrial Conference and Trial.** Counsel have advised that they anticipate the case will be trial ready in _____.

The final pretrial conference and trial dates will be determined after the dispositive motion deadline has expired.

_____
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge