IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH KNOELL, | : | CIVIL NO. 3:23-CV-0815 |
| Plaintiff | : | Magistrate Judge Saporito |
| v. | : | |
| L'OREAL USA, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 26th day of June, 2023, IT IS HEREBY ORDERED THAT:

1. The Court hereby appoints **PATRICK J. MURPHY, ESQUIRE**, as mediator in the above matter.

2. The date and time of the mediation is to be agreed upon between the parties and the appointed mediator and shall take place **NO EARLIER THAN SEPTEMBER 1, 2023.**

3. All parties with settlement authority are required to be present at the mediation.

4. The mediator shall be required to report the results of the mediation to the Court on or by <u>November 30, 2023.</u>

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge