IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH KNOELL, | : 3:23-CV-0815 |
| Plaintiff | : Chief Magistrate Judge Saporito |
| v. | : |
| L'OREAL USA, et al., | : |
| Defendants | : |

### ORDER

AND NOW, this 30th day of May, 2024, the court-appointed mediator having advised the Court that the above-captioned matter has settled (Doc. 29), **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated. The Clerk of Court shall note the docket of this action accordingly.

JOSEPH F. SAPORITO, JR.
Chief United States Magistrate Judge